B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>CORTESI, DENNIS, A. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>XXX-XX-3284 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>707 FAIRVIEW LANE<br>BARTLETT, ILLINOIS<br>ZIP CODE 60103 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>DUPAGE COUNTY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>Developer | ☑ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                         Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable.) | **Nature of Debts**<br>(Check one box.) |
|---|---|
| ☐ Debtor is a tax-exempt organization<br>under  Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration.  See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☑<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☑<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☑<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | CORTESI, DENNIS, A. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  ---- NONE ---- | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:    Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _C. 2 LoGd_  6/19/13<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>CORTESI, DENNIS, A. |
|---|---|

| **Signatures** | |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Dennis A Cortesi_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney) 6-19-13

_____
Date

**Signature of Attorney***

X _Timothy S Newbold_
Signature of Attorney for Debtor(s)
Timothy S. Newbold    ARDC: 6288454
Printed Name of Attorney for Debtor(s)
The Law Office of Timothy S. Newbold
Firm Name
191 Waukegan Road, Suite 104
Address  Northfield, Illinois 60093

773-496-4400
Telephone Number 6-19-13
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re CORTESI, DENNIS, A.                              Case No._____
                    Debtor                                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 6 - 19 - 13

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## <u>Northern</u>   District Of   <u>Illinois</u>

In re  <u>CORTESI, DENNIS, A.</u>      ,           Case No. _____
         Debtor
                                                Chapter     <u>7</u>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 3 | $ 237,533.00 | | |
| B - Personal Property | YES | 4 | $ 69,150.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 1,220.000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 15,508.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $ 10618228.26 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,600.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,170.00 |
| TOTAL | | 38 | $ 306,683.00 | $ 11853736.65 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Northern</u>    District Of <u>Illinois</u>

In re <u>CORTESI, DENNIS, A.</u>,          Case No. _____
         Debtor

                                          Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re CORTESI, DENNIS, A._____,                Case No. _____
      **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Townhome located at:<br>11 Saint Regis Court<br>Elmhurst, Illinois 60126 | Owner in fee simple absolute. | | $232,533.00 | $220,000.00 |
| Two lots located in Elgin, Illinois - vacant farm land. Property has no street address as they are in subdivision yet to be developed. Approximately 12,000 sq. ft. per lot.<br><br>Located east of Corron Road/South of McDonald Roads in Elgin.<br>Pin Numbers:<br>08-01-100-006<br>08-01-100-007 | Currently owned by Land Fund of which debtor has ownership interest. | | $0.00 | $1,000,000.00 |
| Two unbuildable lots in Einverness. Located near the intersection of Palatine and Barrington Roads. Lots only have legal description as street addressed have not been assigned. | Currently owned by Palatine Road & Barrington Road, LLC of which Debtor has ownership interest. | | $5,000.00 | $0.00 |

Total► | $237,533.00 |

(Report also on Summary of Schedules.)

**First American Title Insurance Company**
**27775 Diehl Road, Warrenville, IL 60555**
**Phone(877)295-4328, Fax (866)892-1147**

**OWNERSHIP SEARCH**

**FILE NO.:** 2372582      **DATE:** 11/28/2012

**TO:**
Dennis Cortesi
4413 Roosevelt, Suite 105B
Hillside, IL 60162

**EFFECTIVE DATE:** November 8, 2012

**GRANTEE IN LAST DEED OF RECORD:** Palatine Road + Barrington Road, L.L.C.

**LEGAL DESCRIPTION:**

THAT PORTION OF LOT 1 IN THE ESTATES AT INVERNESS RIDGE – UNIT 2, BEING A SUBDIVISION OF PART OF THE WEST HALF OF SECTION 24, TOWNSHIP 42 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ACCORDING TO THE PLAT THEREOF RECORDED MAY 10, 2002 AS DOCUMENT NUMBER 0020537891, AND CERTIFICATE OF CORRECTION, RECORDED JUNE 20, 2005 AS DOCUMENT 0517145011, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWESTERLY CORNER OF SAID LOT 1; THENCE THE FOLLOWING SIX (6) COURSES AND DISTANCES ALONG THE WESTERLY LINE OF SAID LOT 1; (1) THENCE NORTH 18 DEGREES 41 MINUTES 20 SECONDS WEST A DISTANCE OF 498.41 FEET; (2) THENCE NORTH 67 DEGREES 25 MINUTES 48 SECONDS EAST A DISTANCE OF 95.38 FEET; (3) THENCE NORTH 22 DEGREES 34 MINUTES 12 SECONDS WEST A DISTANCE OF 119.13 FEET TO A POINT OF CURVATURE; (4) THENCE NORTHERLY ALONG THE ARC OF A TANGENTIAL CURVE, CONCAVE TO THE EAST AND HAVING A RADIUS OF 175.00 FEET, A DISTANCE OF 68.62 FEET; (5) THENCE NORTH 00 DEGREES 06 MINUTES 16 SECONDS WEST A DISTANCE OF 1010.06 FEET TO A POINT OF CURVATURE; (6) THENCE NORTHERLY ALONG THE ARC OF A TANGENTIAL CURVE, CONCAVE TO THE EAST AND HAVING A RADIUS OF 175.00 FEET, A DISTANCE OF 113.30 FEET TO THE POINT OF BEGINNING; THENCE NORTH 34 DEGREES 45 MINUTES 44 SECONDS WEST A DISTANCE OF 62.59 FEET; THENCE NORTH 00 DEGREES 01 MINUTES 38 SECONDS WEST A DISTANCE OF 151.06 FEET; THENCE SOUTH 81 DEGREES 28 MINUTES 18 SECONDS EAST A DISTANCE OF 86.12 FEET; THENCE SOUTH 54 DEGREES 48 MINUTES 29 SECONDS EAST A DISTANCE OF 61.52 FEET; THENCE SOUTH 35 DEGREES 07 MINUTES 00 SECONDS EAST A DISTANCE OF 46.76 FEET; THENCE NORTH 22 DEGREES 03 MINUTES 24 MINUTES 44 SECONDS EAST A DISTANCE OF 46.70 FEET TO A POINT ALONG THE ARC OF A CURVE; THENCE EASTERLY ALONG THE ARC OF A NON-TANGENTIAL CURVE, CONCAVE TO THE SOUTH AND HAVING A RADIUS OF 175.00 FEET, A DISTANCE OF 6.65 FEET AND WHOSE CHORD LENGTH OF 6.65 FEET BEARS NORTH 87 DEGREES 40 MINUTES 38 SECONDS EAST TO A POINT OF TANGENCY; THENCE NORTH 88 DEGREES 46 MINUTES 00 SECONDS EAST A DISTANCE OF 125.36; THENCE SOUTH 00 DEGREES 05 MINUTES 35 SECONDS EAST A DISTANCE OF 50.01 FEET; THENCE SOUTH 88 DEGREES 46 MINUTES 00 SECONDS WEST A DISTANCE OF 124.37 FEET TO A POINT OF CURVATURE; THENCE WESTERLY ALONG THE ARC OF A TANGENTIAL CURVE, CONCAVE TO THE SOUTH AND HAVING A RADIUS OF 125.00 FEET, A DISTANCE OF 35.87 FEET; THENCE NORTH 17 DEGREES 40 MINUTES 30 SECONDS WEST A DISTANCE OF 50.00 FEET TO A POINT ALONG THE ARC OF A CURVE; THENCE SOUTHWESTERLY ALONG THE ARC OF A NON-TANGENTIAL CURVE, CONCAVE TO THE SOUTHEAST AND HAVING A RADIUS OF 175.00 FEET, A DISTANCE OF 107.92 FEET AND WHOSE CHORD LENGTH OF 106.22 FEET BEARS SOUTH 54 DEGREES 39 MINUTES 30 SECONDS WEST TO THE POINT OF BEGINNING, IN COOK COUNTY, ILLINOIS.

THIS SEARCH REFLECTS THE "GRANTEE IN LAST DEED OF RECORD" OF THE LEGAL DESCRIPTION PROVIDED TO FIRST AMERICAN TITLE INSURANCE COMPANY AS DISCLOSED IN PUBLIC RECORDS ESTABLISHED UNDER STATE STATUTES AND AT THE DATE SHOWN. IF REQUESTED BY THE APPLICANT, IT WILL ALSO ENCOMPASS GENERAL REAL ESTATE TAXES, MORTGAGES, ASSIGNMENTS, JUDGMENTS AND LIENS OF RECORD AS SHOWN IN THE RECORDERS OFFICE OF THE COUNTY WHERE THE SUBJECT PROPERTY IS LOCATED AND WHICH MAY CONSTITUTE A LIEN ON THE DESCRIBED PREMISES. IT DOES NOT CONTAIN A SEARCH OF ANY JUDICIAL PROCEEDINGS IN ANY COURT. THE INFORMATION FURNISHED IN THIS SEARCH IS FOR THE BENEFIT OF THE APPLICANT ONLY. USE OF THIS INFORMATION BY ONE OTHER THAN THE APPLICANT WITHOUT EXPRESS WRITTEN AUTHORIZATION OF THE COMPANY IS PROHIBITED. THIS IS NOT A TITLE INSURANCE POLICY, ABSTRACT, GUARANTY OR OPINION OF TITLE AND MAY NOT BE RELIED UPON AS SUCH. NO AMENDMENT, DELETION OR ENDORSEMENT CAN BE MADE TO THIS SEARCH. IT ONLY REFLECTS THE LAST DEED AS SHOWN IN THE PUBLIC RECORDS. THE COMPANY'S LIABILITY IS LIMITED TO THE ACTUAL AMOUNT PAID FOR THIS SEARCH. ANY CLAIM OF LOSS OR DAMAGE, WHETHER OR NOT BASED ON NEGLIGENCE, SHALL BE LIMITED TO SUCH AMOUNT. IN THE EVENT ANY OF THE ABOVE LIMITING PROVISIONS ARE HELD INVALID OR UNENFORCEABLE THE REMAINING SHALL BE DEEMED NOT TO INCLUDE THAT PORTION AND THEY SHALL HAVE FULL FORCE AND EFFECT.

FOR YOUR PROTECTION, PLEASE OBTAIN A TITLE COMMITMENT AND SUBSEQUENT POLICY OF INSURANCE.

FIRST AMERICAN TITLE INSURANCE COMPANY


BY:  KB

B6B (Official Form 6B) (12/07)

In re _____ CORTESI, DENNIS, A. _____ ,        Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | $500.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings. | | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Necessary wearing apparel & shoes. | | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re _____CORTESI, DENNIS, A._____,   Case No. _____
                          **Debtor**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA held with Fidelity Investments. | | $59,050.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached statement. | | $0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re _____CORTESI, DENNIS, A._____,        Case No. _____
                    Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Lexus SC 430 (owned through Deco Investment, Inc which debtor's owns 100%.) | | $8,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1_____ continuation sheets attached      Total ▶        | $69,650.00 |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In Re: CORTESI, DENNIS, A.                    | Chapter:      7

|

(Debtor)                                       | Case No.

## Schedule B Continuation Sheet

**13. Stock and interests in incorporated and unincorporated businesses. Itemize.**

Lakewood & Barrington Road, LLC          Debtor owns 0.50% of outstanding stock.

Palatine Road & Barrington Road, LLC     Debtor owns 0.50% of outstanding stock.

Terrestris RLM, Ltd.                     Debtor owns 100% of outstanding stock.

Deco Investments, Ltd.                   Debtor owns 100% of outstanding stock.

Forest Brook, Inc.                       Debtor owns 100% of outstanding stock.

Deco II, Inc.                            Debtor owns 100% of outstanding stock.

Fountain Crossings                       Debtor owns 100% of outstanding stock.

Shoe Factory Road, LLC                   Debtor owns 0.50% of outstanding stock.

Terrestris Development Company           Debtor owns 51% of outstanding stock

Terrestris Development Company II        Debtor owns 51% of outstanding stock.

TDC III Limited                          Debtor owns 51% of outstanding stock.

Princeton Units I & II, LLC              Debtor owns 0.50% of outstanding stock.

Residentail Land Fund I, LP              Debtor owns 100% of outstanding stock.

Residentail Land Management, LLC         Debtor owns 100% of outstanding stock.

Lake Zurich Limited Partnership          Debtor owns 100% of outstanding stock.

B6C (Official Form 6C) (12/07)

In re _____CORTESI, DENNIS, A._____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Schedule B: Personal Prop. | | | |
| Cash | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| Miscellaneous household goods and furnishings. | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| Necessary wearing apparel & shoes. | 735 ILCS 5/12-1001(a) | $500.00 | $500.00 |
| Lexus SC 430 Automobile | 735 ILCS 5/12-1001(c) | $2,400.00 | $8,100.00 |
| Fidelity Investments IRA | 735 ILCS 5/12-1006 | $59,050.00 (100%) | $59,050.00 (100%) |
| Total Value of Claimed Exemptions: | | $63,450.00 | |

B6D (Official Form 6D) (12/07)

In re _____CORTESI, DENNIS, A._____,   Case No. _____
Debtor   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Metropolitan Capital Bank Attn: Bankruptcy Unit 9 E. Ontario Street Chicago, IL 60611 | | | Financing on debtor's 2003 Lexus SC 430w/140,000 miles through Deco Investments, Inc.) and two Elgin Lots.  VALUE $ 8,100.00 | | | | $1,000,000.00 | $991,900.00 |
| ACCOUNT NO.  Herget Bank Attn: Bankruptcy Unit 33 South 4th Street Pekin, IL 61554 | | | Financing on townhome located at: 11 Saint Regis Court, Elmhurst, Illinois 60126.  VALUE $ 232,533.00 | | | | $220,000.00 | -------- |
| ACCOUNT NO. | | | VALUE $ | | | | | |

0   continuation sheets attached

Subtotal ▶  (Total of this page)   $ 1,220,000.00   $ 991,900.00

Total ▶  (Use only on last page)   $ 1,220,000.00   $ 991,900.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re _____CORTESI, DENNIS, A._____ ,          Case No._____
                          **Debtor**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re _____CORTESI, DENNIS, A._____ ,     **Case No.**_____
                        **Debtor**                                                **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re ___CORTESI, DENNIS, A.___,    Case No. _____
    **Debtor**                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. XXXXXX 5712<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664 | | | 2008 Illinois State Income Tax - potential personal liability from debtor's S-Corporation, Terrestris Development Co. II. | | | | $14,308.39 | $12,500.00 | $1,808.39 |
| Account No.<br><br>Rita E. Cortesi<br>819 County Drive<br>Bartlett, Illinois  60103 | | | Maintenance pursuant to DuPage County Dissolution of Marriage - Case No. 2011 D 002156. | | | | $1,200/mn | $1,200/mn | $0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)    $15,508.39    $ 13,700.00

Total► (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $ 15,508.39

Totals► (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 13,700.00    $1,808.39

B6F (Official Form 6F) (12/07)

In re _____ CORTESI, DENNIS, A. _____ ,          Case No. _____
                    **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6345** <br><br> Discover Card Financial <br> P.O. Box 6103 <br> Carol Stream, IL  60197 | | | Credit card debt. | | | | $9,094.60 |
| ACCOUNT NO. **0694 (9206)** <br><br> Citibank, NA <br> c/o RAB, Inc / CCSI <br> PO Box 34119 <br> Memphis, TN  38184 | | | Credit card debt. <br><br> Original creditor acct. ending in: 9206. | | | | $15,450.17 |
| ACCOUNT NO. **5625 / 7350 / 5805** <br><br> Citibank <br> Processing Center <br> Des Moines, IA  50363 | | | Credit card debt. <br><br> Acct. ending in 5625 for: $8,706.77 <br> Acct. ending in 7350 for: $12,973.97 <br> Acct. ending in 5805 for: $7,781.60 | | | | $29,462.34 |
| ACCOUNT NO. <br><br> Citibank Client Services <br> 100 Citibank Drive <br> San Antonio, TX  78245 | | | Other notification for Citibank. | | | | -------- |

Subtotal► $ 54,007.11

_21_ continuation sheets attached

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re CORTESI, DENNIS, A. _____,   Case No. _____
              **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Citibank <br> Attn: Bankruptcy Unit <br> P.O. Box 769004 <br> San Antonio, TX 78245 | | | Other notification for Citibank. | | | | -------- |
| ACCOUNT NO. <br> Citibank, NA <br> Attn: Bankruptcy Unit <br> P.O. Box 688922 <br> Des Moines, IA 50368 | | | Other notification for Citibank. | | | | -------- |
| ACCOUNT NO. <br> Citibank <br> P.O. Box 688901 <br> Des Moines, IA 50368 | | | Other notification for Citibank. | | | | -------- |
| ACCOUNT NO. 9206 <br> Citi <br> P.O. Box 92350 <br> Albuquerque, NM 87199 | | | Checking Plus overdraft for Checking account. | | | | Listed above |
| ACCOUNT NO. <br> CitiBusiness Card <br> Attn: Bankruptcy Unit <br> P.O. Box 182564 <br> Columbus, OH 43218 | | | Other notification for Citibank. | | | | -------- |

Sheet no. 1 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 0.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   CORTESI, DENNIS, A.      ,                     Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5805<br><br>United Collections Bureau<br>Attn: Bankruptcy Unit<br>P.O. Box 140310<br>Toledo, OH  43614 | | | Assignee or other notification for Citi Mastercard ending in 5805. | | | | $9,188.20 |
| ACCOUNT NO.   5625<br><br>Northland Group<br>P.O. Box 390905<br>Minneapolis, MN  55439 | | | Assignee or other notification for Citibank, NA. | | | | $10,248.29 |
| ACCOUNT NO.   7350<br><br>United Recovery Systems, LP<br>P.O. Box 722910<br>Houston, TX  77272 | | | Assignee or other notification for Citibank, NA  Ready Credit. | | | | $13,154.92 |
| ACCOUNT NO.   7527<br><br>Northland Group<br>P.O. Box 390905<br>Minneapolis, MN  55439 | | | Assignee or other notification for Citibank, NA / Shell Commercial. | | | | $2,065.97 |
| ACCOUNT NO.   9206<br><br>Capital Management Systems<br>Attn: Bankruptcy Unit<br>726 Exchange Street, Suite 700<br>Buffalo, NY  14210 | | | Assignee or other notification for CitiLoan/ Citibank, NA. | | | | Listed above |

Sheet no. 2 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 34,657.38

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___CORTESI, DENNIS, A.___,   Case No. _____
        **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BMO Harris Bank<br>Attn: Bankruptcy Unit<br>P.O. Box 2880<br>Chicago, IL  60690 | | | Commercial Loan through BMO Harris for Terrestris Development Co. | | | | $149,999.18 |
| ACCOUNT NO.<br><br>BMO Harris<br>P.O. Box 6201<br>Carol Stream, IL  60197 | | | Other notification for BMO Harris Bank. | | | | -------- |
| ACCOUNT NO.   8789<br><br>Capital One Bank (USA) NA<br>Attn: Bankruptcy Unit<br>P.O. Box 6492<br>Carol Stream, IL  60197 | | | Credit card debt. | | | | $9,326.87 |
| ACCOUNT NO.   0092<br><br>NCO Financial Systems, Inc.<br>Attn: Bankruptcy Unit<br>P.O. Box 12100<br>Dept 64 | | | Assignee or other notification for Capital One Bank (USA) NA. | | | | listed above |
| ACCOUNT NO.   8789<br><br>Enhanced Recovery Company, LLC<br>Attn: Bankruptcy Unit<br>8014 Bayberry Road<br>Jacksonville, FL  32256 | | | Assignee or other notification for Capital One Services, LLC. | | | | listed above |

Sheet no. _3_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 159,326.05

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CORTESI, DENNIS, A.**   ,        Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4063 <br><br> Blitt & Gaines, P.C. <br> Attn: Bankruptcy Unit <br> 661 W. Glenn Ave. <br> Wheeling, IL  60090 | | | Notification for Capital One Bank (USA) N.A. <br><br> Original creditor acct. no. ending in: 0092 | | | | $4,282.92 |
| ACCOUNT NO.   3909 <br><br> Northstar Location Services, LLC <br> Attn: Financial Services Dept. <br> 4285 Genesee Street <br> Cheektowaga, NY  14225 | | | Assignee or other notification for FIA Card Services, NA. | | | | $26,461.94 |
| ACCOUNT NO.   8309 <br><br> Creditors Financial Group, LLC <br> 4230A Ridge Lea Road, Suite 102 <br> Amherst, NY  14228 | | | Assignee or other notification for Bank of America - Bank Card. | | | | $10,838.47 |
| ACCOUNT NO.   8309 <br><br> Mercantile Adjustment Bureau, LLC <br> P.O. Box 9052 <br> Williamsville, NY  14231 | | | Assignee or other notification for FIA Card Services / Bank of America. | | | | listed below |
| ACCOUNT NO.   8309 <br><br> Focus Receivables Management <br> Attn: Bankruptcy Unit <br> P.O. Box 725069 <br> Atlanta, GA  31139 | | | Assignee or other notification for FIA Card Services / Bank of America. | | | | listed below |

Sheet no. _4_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 41,583.33

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    CORTESI, DENNIS, A.    ,                    Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3909<br><br>Sunrise Credit Services, Inc.<br>P.O. Box 9100<br>Farmingdale, NY  11735 | | | Assignee or other notification for FIA Card Services / Bank of America. | | | | listed above |
| ACCOUNT NO.<br><br>Harvard Collection Services, Inc.<br>Attn: Bankruptcy Unit<br>4839 N. Elston Ave.<br>Chicago, IL  60630 | | | Debt collection agency. | | | | unknown |
| ACCOUNT NO.    8309<br><br>FIA Card Services<br>PO Box 15710<br>Wilmington, DE  19886 | | | Credit card debt. | | | | $10,290.09 |
| ACCOUNT NO.<br><br>Chapman & Cutler, LLP<br>111 W. Monroe Street<br>Chicago, IL  60603 | | | Notification for Circuit Court of Cook County, Illinois Case No. 2012 L 006994.<br><br>BMO Harris Bank NA v. Dennis Cortesi, et. al. | | | | listed above |
| ACCOUNT NO.<br><br>Clark Hill PLC<br>Attn: Bankruptcy Unit<br>150 N. Michigan Ave., Suite 2700<br>Chicago, IL  60601 | | | Notification for Circuit Court of Cook County, Illinois Case No. 2003 L 012178.<br><br>All Line Electric Company, Inc. v. Dennis Cortesi, et. al. | | | | unknown |

Sheet no. 5 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 10,290.09

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  CORTESI, DENNIS, A.                         ,          Case No. _____
            **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paul F. Conarty<br>1400 Fechner Circle<br>North Aurora, IL  60542 | | | Notification for DuPage County Circuit Court Case No. 2012 L 00495.<br><br>E & M Investments, LLC v. Dennis Cortesi, et. al. | | | | $4,237,431.11 |
| ACCOUNT NO.<br><br>Duane Morris, LLP<br>190 S. LaSalle, Suite 3700<br>Chicago, IL  60603 | | | Notification for Cook County Circuit Court Case No. 2010 L 010479.<br><br>America United Bank Trust v. Dennis Cortesi, et. al. | | | | $132,137.55 |
| ACCOUNT NO.<br><br>Dykema Gossett, PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL  60606 | | | Notification for Cook County Circuit Court Case No. 2009 CH 08450.<br><br>SB 1 General Portfolio Owner, LLC v. Fountain Crossing II, Dennis Cortesi, et. al. | | | | $3,654,738.19 |
| ACCOUNT NO.<br><br>Goldberg Kohn, Ltd.<br>55 E. Monroe, Suite 3300<br>Chicago, IL  60603 | | | Notification for Circuit Court of Cook County, Illinois Case No. 2010 CH 50065.<br><br>Cole Taylor Bank v. Shoe Factory Road, Dennis Cortesi, et. al. | | | | unknown |
| ACCOUNT NO.<br><br>LaBarge, Campbell & Lyons, LLC<br>200 W. Jackson Blvd., Suite 2050<br>Chicago, IL  60606 | | | Notification for Cook County Case No. 2008 L 008373.<br><br>Toll IL LP v. Dennis Cortesi, et. al. | | | | $1,552,243.74 |

Sheet no. _6_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 9,576,550.59

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    CORTESI, DENNIS, A.    ,                           Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Matteo Rago, Esq.<br>Attorney at Law<br>731 Devon<br>Park Ridge, IL  60068 | | | Attorney fees. | | | | $86,833.75 |
| ACCOUNT NO.    30000<br>Quarles & Brady, LLC<br>300 N. LaSalle Street, Suite 400<br>Chicago, IL  60654 | | | Attorney fees. | | | | $21,244.85 |
| ACCOUNT NO.<br>Stahl Cowen Crowley, LLC<br>Attn: Eric Malnar<br>55 W. Monroe, Suite 1200<br>Chicago, IL  60603 | | | Notification for Amalgamated Bank Chicago.<br>Circuit Court of Cook County, Illinois Case No. 2011 L 011968. | | | | $117,266.08 |
| ACCOUNT NO.<br>Tabet Divito & Rothstein<br>Attorneys at Law<br>209 S. LaSalle Street, 7th Floor<br>Chicago, IL  60604 | | | Notification for Great Lakes Principals.<br>Circuit Court of Cook County, Illinois Case No. 2001 L 014744. | | | | $150,000.00 |
| ACCOUNT NO.<br>Truemper & Titiner, Ltd.<br>1700 N. Farnsworth Ave.<br>Aurora, IL  60505 | | | Notification for Hollywood Casino-Aurora. Unpaid gambling debt.<br>Circuit Court of Kane County, Illinois Case No. 12 SC 1135. | | | | $4,000.00 |

Sheet no. _7_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 379,344.68

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    CORTESI, DENNIS, A.    ,                    Case No. _____
                Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Radiological Consultants of Woodstock <br> 9410 Compubill Drive <br> Orland Park, IL 60462 | | | Medical services. | | | | $800.00 |
| ACCOUNT NO. <br> Radiological Consultants of Woodstock <br> 1555 Barrington Rd, Suite 1400 <br> Hoffman Estates, IL 60169 | | | Other notification for Radiological Consultants of Woodstock. | | | | --------- |
| ACCOUNT NO.    6097 <br> State Collection Service, Inc. <br> 2509 S. Stoughton Road <br> Madison, WI 53716 | | | Assignee or other notification for Radiology Consultants of Woodstock. | | | | $243.92 |
| ACCOUNT NO. <br> Alexian Brothers / St. Alexius <br> 3040 Salt Creek Lane <br> Arlington Heights, IL 60005 | | | Medical services. <br><br> Other notification for Alexian Brothers. | | | | --------- |
| ACCOUNT NO. 2059 / 5749 / 8689 <br> St. Alexius Medical Center <br> 22589 Network Place <br> Chicago, IL 60673 | | | Medical services. <br><br> Acct. ending in 2059: $2,529.60 <br> Acct. ending in 5749: $6,474.45 <br> Acct. ending in 8689: $3,157.75 | | | | $12,161.80 |

Sheet no. 8 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 13,205.72

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___CORTESI, DENNIS, A.___ ,         Case No. _____
              **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5749 / 0295<br><br>Computer Credit, Inc.<br>Claim Dept. 003305<br>640 W. Fourth Street<br>Winston Salem, NC 27113 | | | Assignee or other notification for St. Alexius Medical Center.<br><br>Acct. ending in 5749: $6,474.45<br>Acct. ending in 0295: $3,222.00<br>Acct. ending in 8689: $3,157.75 | | | | listed above |
| ACCOUNT NO. 0295<br><br>Revenue Cycle Solutions / RCS<br>PO Box 361230<br>Birmingham, AL 35236 | | | Assignee or other notification for St. Alexius Medical Center. | | | | listed above |
| ACCOUNT NO. 0295<br><br>Malcolm S. Gerald & Assoc.<br>332 S Michigan Ave., Suite 600<br>Chicago, IL 60604 | | | Assignee or other notification for St. Alexius Medical Center. | | | | $3,222.00 |
| ACCOUNT NO. 8195<br><br>Inpatient Consultants of IL<br>P.O. Box 92934<br>Los Angeles, CA 90009 | | | Medical services. | | | | $811.00 |
| ACCOUNT NO. 8195<br><br>Financial Corporation of America<br>12515 Research Blvd., Bldg. 2, Suite 100<br>Austin, TX 78759 | | | Assignee or other notification for Inpatient Consultants of Illinois. | | | | listed above |

Sheet no. _9_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 4,033.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___CORTESI, DENNIS, A.___,                    Case No. _____
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   8023<br><br>Midwest Emergency Assoc.<br>P.O. Box 740023<br>Cincinnati, OH 45274 | | | Medical expenses. | | | | $1,203.00 |
| ACCOUNT NO.<br><br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701 | | | Other notification for Midwest Emergency Associates. | | | | listed above |
| ACCOUNT NO.   2166<br><br>Provena Saint Joseph Hospital<br>Patient Financial Services<br>1643 Lewis Ave., Suite 203<br>Billing, MT 59102 | | | Medical expenses. | | | | $1,002.00 |
| ACCOUNT NO.<br><br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701 | | | Other notification for MEA-SJMC, LLC. | | | | $1,354.00 |
| ACCOUNT NO.   0412<br><br>RM Anesthesia, LLC<br>P.O. Box 631<br>Lake Forest, IL 60045 | | | Medical expenses. | | | | $222.40 |

Sheet no. 10 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 3,781.40

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  CORTESI, DENNIS, A.                        ,      Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   5467**<br>Alexian Brothers Behavioral Health Hospital; Attn: Bankruptcy Unit 21272 Network Place Chicago, IL 60673 | | | Medical expenses. | | | | $332.00 |
| **ACCOUNT NO.   5706**<br>Northwest Neurology, Ltd. 22285 Pepper Road, Suite 401 Lake Barrington, IL 60010 | | | Medical expenses. | | | | $296.25 |
| **ACCOUNT NO.  0292 / 0526**<br>Merchants Credit Guide, Co. 223 W. Jackson Blvd., Suite 700 Chicago, IL 60606 | | | Acct. 0292 for $296.25 as assignee or other notification for Northwest Neurology. Acct. 0526 for @846.96 as assignee or other notification for Superior Air/Ground Ambulance. | | | | $1,143.21 |
| **ACCOUNT NO.   0308**<br>Harcharan S. Kalsi, MD 1200 S. York Road, Suite 4250 Elmhurst, IL 60126 | | | Medical expenses. | | | | $695.00 |
| **ACCOUNT NO.  2281 / 2026**<br>Associates in Urology, Ltd. 7447 W. Talcott, Sutie 522 Chicago, IL 60631 | | | Medical expenses. | | | | $330.86 |

Sheet no. 11 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2,797.32

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   CORTESI, DENNIS, A.   ,                    Case No. _____
                Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4-1-49<br><br>IC Systems, Inc.<br>444 Highway 96 East<br>P.O. Box 64437<br>St. Paul, MN  55164 | | | Assignee or other notification for Associates in Urology, Ltd. | | | | listed above |
| ACCOUNT NO.   7630<br><br>City of Elgin<br>Att: Bankruptcy Unit<br>P.O. Box 457<br>Wheeling, IL  60090 | | | Medical assistance/ambulance. | | | | $717.75 |
| ACCOUNT NO.   8081<br><br>Superior Air Ground Ambulance Service<br>P.O. Box 1407<br>Elmurst, IL  60126 | | | Medical assistance/ambulance. | | | | $846.96 |
| ACCOUNT NO.   8332<br><br>RMC Cadiology<br>520 E. 22nd Street<br>Lombard, IL  60148 | | | Medical services. | | | | $65.60 |
| ACCOUNT NO.   9716 / 0128<br><br>I.C.S. / Resurrection Health Care<br>P.O. Box 1010<br>Tinley Park, IL  60477 | | | Assignee or other notification for RMC Cardiology.<br><br>Acct. ending in 9716 for $65.60<br>Acct. ending in 6052 for $2,300.00 | | | | $2,365.60 |

Sheet no. 12 of 21 continuation sheets attached                     Subtotal➤   $ 3,995.91
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                    Total➤   $
                        (Use only on last page of the completed Schedule F.)
                 (Report also on Summary of Schedules and, if applicable on the Statistical
                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    CORTESI, DENNIS, A.    ,                    Case No. _____
                Debtor                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0298<br>Resurrection Health Care<br>Attn: Bankruptcy Unit<br>7435 W. Talcott Ave.<br>Chicago, IL 60631 | | | Medical expenses. | | | | $4,549.68 |
| ACCOUNT NO.    0128<br>Grant & Weber, Inc.<br>861 Coronado Center Drive, Suite 211<br>Henderson, NV 89502 | | | Assignee or other notification for Resurrection Medical Center. | | | | $900.00 |
| ACCOUNT NO.<br>Grant & Weber, Inc.<br>2893 Sunrise Blvd., Ste. 210<br>Rancho Cordova, CA 95742 | | | Other notification for Grant & Weber. | | | | -------- |
| ACCOUNT NO.    9806<br>Neopath, S.C.<br>520 W. 22nd Street<br>Lombard, IL 60148 | | | Unknown consumer debt. | | | | $35.00 |
| ACCOUNT NO.    9439<br>Bartlett Fire Protection<br>P.O. Box 88850<br>Carol Stream, IL 60188 | | | Medical services/ambulance. | | | | $876.00 |

Sheet no. 13 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 6,360.68

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    CORTESI, DENNIS, A.    ,                    Case No. _____
                Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5936 <br><br> MEA-AEA, LLC <br> P.O. Box 366 <br> Hinsdale, IL  60522 | | | Medical services. | | | | $937.00 |
| ACCOUNT NO. 2059.1 / 749.1 <br><br> Alliance Laboratory Physicians <br> Attn: Bankruptcy Unit <br> P.O. Box 5968 <br> Carol Stream, IL  60197 | | | Medical services. <br><br> Acct. ending in 2059.1 for $269.00 <br> Acct. ending in 749.1 for $156.00 | | | | $425.00 |
| ACCOUNT NO. <br><br> Jenner & Block, Attorneys at Law <br> Attn: Bankruptcy Unit <br> 353 N. Clark Street <br> Chicago, IL 60654 | | | Attorney fees. | | | | $74,756.81 |
| ACCOUNT NO.   3797 <br><br> PPI Professional Plumbing, Inc. <br> Attn: Bankruptcy Unit <br> 1435 S. Barrington Road <br> Barrington, IL  60010 | | | Plumbing services. | | | | $1,100.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 14 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 77,218.81

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___CORTESI, DENNIS, A.___,          Case No. _____
              Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6345<br><br>FMA Alliance, Ltd.<br>Attn: Bankruptcy Unit<br>P.O. Box 2409<br>Houston, TX  77252 | | | Assignee or other notification for Discover Card/Bank. | | | | listed above |
| ACCOUNT NO.    0939<br><br>CT Corporation<br>Attn: Bankrutpcy Unit<br>208 S. LaSalle Street<br>Chicago, IL  60604 | | | Corporation filing fees/registered agent. | | | | $1,653.75 |
| ACCOUNT NO.    9130<br><br>Alex Budman<br>P.O. Box 654<br>Abington, PA  19001 | | | Other notification for CT Corporation. | | | | listed above |
| ACCOUNT NO.<br><br>Dressler Peters, LLC<br>Attn: Bankruptcy Unit<br>111 W. Washington St.<br>Chicago, IL  60602 | | | Notification for SB1 General Portfolio Owner re: Cook County Case No. 2009 CH 08450. | | | | listed above |
| ACCOUNT NO.<br><br>Schreiber Law Firm<br>53 Stiles Road, Suite A102<br>Salem, NH  03079 | | | Notification for Lake County Indiana Case No. 45 D11 1210 CC 0014.<br><br>Horseshoe Hammond LLC dba Horseshoe Casino Hammond v. Dennis Cortesi. | | | | $36,054.08 |

Sheet no. 15 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 37,707.83

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  CORTESI, DENNIS, A. _____ ,       Case No. _____
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1542 <br> NCI <br> 3601 Algonquin Road, Suite 232 <br> Rolling Meadows, IL  60008 | | | Assignee or other notification for Village of Hanover Park Ambulance Service. | | | | $770.10 |
| ACCOUNT NO. <br> Northwest Collectors, Inc. <br> 3601 Algonquin Road, Suite 232 <br> Rolling Meadows, IL  60008 | | | Assignee or other notification for Village of Hanover Park Ambulance Service. | | | | listed above |
| ACCOUNT NO. <br> Hollywood Casino <br> Attn: Bankruptcy Unit <br> 49 West Galena Blvd. <br> Aurora, IL  60506 | | | Potential liability due to prior gambling debts. | | | | unknown |
| ACCOUNT NO.   2058 <br> Village of Bartlett <br> Police Department <br> 228 S. Main Street <br> Bartlett, IL  60103 | | | Parking ticket/violation. | | | | $30.00 |
| ACCOUNT NO. <br> HRRG <br> Attn: Bankrutpcy Unit <br> P.O. Box 189053 <br> Plantation, FL  33318 | | | Assignee or other notification for Midwest Emergency Assoc. for $957.00, MEA-SJMC, LLC for $397.00, Midwest Emergency Assoc. for $609.00 and Midwest Emergency Assoc. for $594.00. | | | | $2,557.00 |

Sheet no. 16 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 3,357.10

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   CORTESI, DENNIS, A.   ,              Case No. _____

            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PCS - Professional Credit Service<br>P.O. Box 7548<br>Eugene, OR  97401 | | | Potential personal liability on corporate liability - personal guarantee for Rytlcna, LLC. | | | | $35.72 |
| ACCOUNT NO.   3235<br><br>EOS CCA<br>P.O. Box 806<br>Norwell, MA  02061 | | | Assignee or other notification for AT&T.<br><br>Original creditor acct. no. ending in 5909. | | | | $595.91 |
| ACCOUNT NO.   7166<br><br>Professional Account Management<br>Attn: Bankruptcy Unit<br>P.O. Box 391<br>Milwaukee, WI  53201 | | | Assignee or other notification for City of Park Ridge.<br><br>Parking ticket violations. | | | | $191.66 |
| ACCOUNT NO.   806A<br><br>Creditors Discount & Audit Co.<br>Attn: Bankruptcy Unit<br>415 E. Main Street / P.O. Box 2132<br>Streator, IL  61364 | | | Assignee or other notification for Radiological Consultants of Woodstock. | | | | $187.00 |
| ACCOUNT NO.   7350<br><br>Alliance One<br>4850 Street Road, Suite 300<br>Trevose, PA  19053 | | | Assignment or other notification for Citibank - original acct. no. ending in 7350. | | | | $13,154.92 |

Sheet no. 17 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 14,165.21

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **CORTESI, DENNIS, A.**    ,                    Case No. _____
                **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    2443<br><br>OAC<br>Attn: Bankruptcy Unit<br>P.O. Box 371100<br>Milwaukee, WI  53237 | | | Assignment or other notification for Alliance Laboratory Phy. | | | | $788.00 |
| ACCOUNT NO.    9056<br><br>Village of Hanover Park<br>Attn: Bankruptcy Unit<br>P.O. Box 457<br>Wheeling, IL  60090 | | | Ambulance service. | | | | listed above |
| ACCOUNT NO.<br><br>Shepard Schwartz & Harris LLP<br>123 N. Wacker Drive<br>Chicago, IL  60606 | | | Accounting services for corporations of debtor. | | | | $159,975.00 |
| ACCOUNT NO.    5570<br><br>Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA  19154 | | | Assignee or other notification for GMAC.<br><br>Original creditor acct. no. ending in 1426 | | | | $5,751.49 |
| ACCOUNT NO.    0400<br><br>Plaza Recovery, Inc.<br>Attn: Bankruptcy Unit<br>P.O. Box 722218<br>Houston, TX  77272 | | | Assignee or other notification for GMAC.<br><br>Original creditor acct. no. ending in 1426 | | | | listed above |

Sheet no. 18 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 166,514.49

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  CORTESI, DENNIS, A.  ,                    Case No. _____
                 **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Leo & Weber, P.C. <br> Attorneys at Law <br> One N. LaSalle Street, Suite 3600 <br> Chicago, IL 60602 | | | | | | | |
| ACCOUNT NO. 375-0 <br> Imperial PFS <br> 101 Hudson Street <br> 33rd Floor <br> New Jersey, NJ 07302 | | | Insurance premiums. | | | | $2,054.52 |
| ACCOUNT NO. 7876 <br> Mail Finance <br> 478 Wheelers Farms Road <br> Milford, CT 06461 | | | Possible personal guarantee for corporate debt through Terristris RLM, Ltd. | | | | $3,859.20 |
| ACCOUNT NO. 9537 <br> CBCS <br> P.O. Box 163250 <br> Columbus, OH 43216 | | | Possible personal guarantee for corporate debt through Terristris Development Co. | | | | $2,481.82 |
| ACCOUNT NO. CORDEN <br> Phil Stefani Signature Restaurants <br> 1033 W. Van Buren Street, 5th Floor <br> Chicago, IL 60607 | | | Restaurant tab. | | | | $7,585.77 |

Sheet no. 19 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 15,981.31

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re      CORTESI, DENNIS, A.      ,                              Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8131-NT<br>RMS<br>77 Hartland Street, Suite 401<br>East Hartford, CT  06128 | | | Assignee or other notification for Chubb & Son. | | | | $240.53 |
| ACCOUNT NO. 880-1<br>Indiana Insurance Liberty<br>3 Golf Center, Suite 352<br>Hoffman Estates, IL  60169 | | | Insurance premiums. | | | | $94.50 |
| ACCOUNT NO. Inv. No. 920178<br>4413 Roosevelt Road, LLC<br>321 Center Street<br>Hillside, IL  60162 | | | Potential personal liability on rental lease. | | | | $3,675.00 |
| ACCOUNT NO.<br>Converged Wire Solutions<br>3 Golf Center<br>Hoffman Estates, IL  60195 | | | Invoice No. 1287 for $62.50<br>Invoice No. 1293 for $93.75<br>Invoice No. 1299 for $125.00 | | | | $281.25 |
| ACCOUNT NO. 1545<br>McCarthy, Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Road<br>Cleveland, OH  44146 | | | Assignee or other notification for AT&T. | | | | $229.75 |

Sheet no. 20 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 4,521.03

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  CORTESI, DENNIS, A.                                    ,          Case No. _____
              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1046<br><br>Accord Creditor Services, LLC<br>PO Box 10002<br>Newman, GA  30271 | | | Assignee or other notification for AT&T. Original creditor acct. no. ending in: 5909.<br>Possible personal liability due to debtor signing on behalf of corporate entity, Rytlcna, LLC. | | | | $595.91 |
| ACCOUNT NO.  8860<br><br>Accord Creditor Services, LLC<br>PO Box 10002<br>Newman, GA  30271 | | | Assignee or other notification for AT&T. Original creditor acct. no. ending in: 8988<br>Possible personal liability due to debtor signing on behalf of corporate entity, Terrestris Development Co. | | | | $2,481.82 |
| ACCOUNT NO.  1449<br><br>ARSI - American Recovery Services, Inc.<br>555 St. Charles Drive, Suite 100<br>Thousand Oaks, CA  91360 | | | Assignee or other notification for AT&T. | | | | listed above |
| ACCOUNT NO.  7410<br><br>Synergetic Communication, Inc.<br>1301 E. 3rd Ave., Suite 200<br>Post Falls, ID 83854 | | | Assignee or other notification for GMAC.<br>Original creditor acct. no. ending in: 4824 | | | | $5,751.49 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 21 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 8,829.22

Total▶  $ 10,618,228.26
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re ____CORTESI, DENNIS, A.____,          Case No._____
         Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Verizon Wireless Bankruptcy Administration<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304 | Two year cellular telephone contract. Set to expire in November 2014. |
| | |
| | |
| | |
| | |
| | |

## SCHEDULE H – CO DEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the non-debtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a co-debtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name & Address of Co-Debtor | Name& Address of Creditor |
|---|---|
| Deco Investments, Inc.<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | All Line Electric Co, Inc.<br>c/o Clark Hill PLC<br>150 N. Michigan Ave., Suite 2700<br>Chicago, IL  60601 |
| Terrestris Development Corp.<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | BMO Harris Bank, NA<br>c/o Chapman & Cutler, LLP<br>111 W. Monroe Street<br>Chicago, IL  60603 |
| Palatine Road & Barrington Road, LLC<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | Toll IL LP<br>c/o LaBarge, Campbell & Lyons, LLC<br>200 W. Jackson Blvd., Suite 2050<br>Chicago, IL  60606 |
| Terrestris Development Corp.<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | AmericaUnited Bank Trust<br>c/o Duane Morris, LLP<br>190 S. LaSalle, Suite 3700<br>Chicago, IL  60603 |
| Terrestris Development Corp.<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523<br><br>Palatine Road & Barrington Road, LLC<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | E&M Investments, LLC<br>c/o Paul F. Conarty<br>1400 Fechner Circle<br>North Aurora, IL  60542 |
| Fountain Crossing II, LLC<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523<br><br>Deco II, Inc.<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | SB1 General Portfolio Owner<br>c/o Dressler Peters, LLC<br>111 W. Washington St.<br>Chicago, IL  60602 |
| Terrestris Development Corp.<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | Great Lakes Principals<br>c/o Tabet Divito & Rothstein<br>209 S. LaSalle Street, 7th Floor<br>Chicago, IL  60604 |
| Shoe Factory Road, LLC<br>1550 Spring Rd., Ste 108<br>Oak Brook, IL  60523 | Cole Taylor Bank<br>c/o Goldberg Kohn, Ltd.<br>55 E. Monroe, Suite 3300<br>Chicago, IL  60603 |

B6I (Official Form 6I) (12/07)

In re _____CORTESI, DENNIS, A._____ ,        Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: S | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| RELATIONSHIP(S): **NONE** | | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Developer | |
| Name of Employer | Unemployed | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $_____ |
| 2. Estimate monthly overtime | $0.00 | $_____ |
| 3. SUBTOTAL | $0.00 | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $350.00 | $_____ |
| b. Insurance | $0.00 | $_____ |
| c. Union dues | $0.00 | $_____ |
| d. Other (Specify): _____ | $0.00 | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $0.00 | $_____ |
| 8. Income from real property | $0.00 | $_____ |
| 9. Interest and dividends | $0.00 | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $_____ |
| 11. Social security or government assistance (Specify):_____ | $0.00 | $_____ |
| 12. Pension or retirement income | $0.00 | $_____ |
| 13. Other monthly income (Specify): Family assistance _____ | $1,600.00 | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $1,600.00 | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $1,600.00 | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $1,600.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re ___CORTESI, DENNIS, A.___ ,    Case No. _____
      **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $850.00 |
|     a. Are real estate taxes included?          Yes _____   No ✓ | | |
|     b. Is property insurance included?          Yes _____   No ✓ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $40.00 |
|     b. Water and sewer | | $0.00 |
|     c. Telephone | | $120.00 |
|     d. Other  Cable/Internet | | $50.00 |
| 3. Home maintenance (repairs and upkeep) | | $0.00 |
| 4. Food | | $450.00 |
| 5. Clothing | | $15.00 |
| 6. Laundry and dry cleaning | | $25.00 |
| 7. Medical and dental expenses | | $125.00 |
| 8. Transportation (not including car payments) | | $250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $0.00 |
| 10.Charitable contributions | | $0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $0.00 |
|     b. Life | | $45.00 |
|     c. Health | | $0.00 |
|     d. Auto | | $0.00 |
|     e. Other _____ | | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $0.00 |
|     b. Other _____ | | $0.00 |
|     c. Other _____ | | $0.00 |
| 14. Alimony, maintenance, and support paid to others | | $1,200.00 |
| 15. Payments for support of additional dependents not living at your home | | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0.00 |
| 17. Other _____ | | $0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $3,170.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $1,500.00 |
|     b. Average monthly expenses from Line 18 above | $3,170.00 |
|     c. Monthly net income (a. minus b.) | $(1,670.00) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re CORTESI, DENNIS, A. _____ ,       Case No. _____
              Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *40* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   6-19-13                          Signature: _____
                                                                        Debtor

Date _____              Signature: _____
                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any,                   Social Security No.
of Bankruptcy Petition Preparer                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

X_____           _____
  Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                        Signature: _____

                                        _____
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____**Northern**_____ DISTRICT OF _____**Illinois**_____

In re:____ _____CORTESI, DENNIS, A._____ ,     Case No. _____
Debtor (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| ($3,447,138.00) | Debtor's AGI for 2011 |
| ($2,000,000.00) | Debtor's AGI for 2012 (Estimate as extension for 2012 taxes was filed) |
| $10,000.00 | Debtor's AGI for 2013 (Approximation) |

2

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

☑     c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

SEE ATTACHED

---

None

☐     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

SEE ATTACHED

---

**5. Repossessions, foreclosures and returns**

None

 ☑     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

–

---

4

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|


None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE<br>Of PROPERTY |
|---|---|---|---|

**7. Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE<br>OF GIFT |
|---|---|---|---|

**8. Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE<br>OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Law Office of Timothy S. Newbold 191 Waukegan Road, Suite 104 Northfield, Illinois  60093 | February 2013 | $2,200.00 + $306.00 (Filing Fee) = $2,506.00 |

**10.  Other transfers**

None


a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
✓

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
✓

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| 1st American Bank Bloomingdale, Illinois — | Debtor | Paperwork. | NA |

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

**15. Prior address of debtor**

None


If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None 

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None 

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None 

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

8

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

SEE ATTACHED

None ☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

SEE ATTACHED

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Shepard, Schwartz & Harris, LLP,                     Past ten years plus.
123 N Upper Wacker Dr., Suite 1400, Chicago, Illinois 60606

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

9

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS

_____

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

_____

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

_____

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

_____

**21. Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST

_____

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

_____

10

**22 . Former partners, officers, directors and shareholders**

None 

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                      DATE OF WITHDRAWAL

None 

b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None 

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                        AMOUNT OF MONEY
OF RECIPIENT,                  DATE AND PURPOSE      OR DESCRIPTION
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL          AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None 

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None 

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __6-19-13__          Signature _____
                          of Debtor

Date _____          Signature _____
                          of Joint Debtor
                          (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

_____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____3____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re: | CORTESI, DENNIS, A. | Chapter: 7 |
| | (Debtor) | Case No. |

## STATEMENT OF FINANCIAL AFFAIRS - CONTINUATION SHEET

**4.**     **Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Cole Taylor Bank v. Dennis Cortesi, et. al. Case No. 2010 CH 50065 | Commercial foreclosure. | Circuit Court of Cook County, Illinois. | Judgment entered - pending. |
| America United Bank Trust v. Dennis Cortesi, et. al. Case No. 2010 L 010479 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Judgment entered. |
| Amalgamated Bank v. Dennis Cortesi Case No. 2011 L 011968 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Judgment entered. Collections attempted. |
| Toll IL II, LP v. Dennis Cortesi, et. al. Case No. 2008 L 008373 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Judgment entered. Collections attempted. |
| All Line Electric Co. Inc. v. Dennis Cortesi, et. al. Case No. 2003 L 012178 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Dismissed by stipulation/agreement. |
| SB1 General Portfolio Owner, LLC v. Dennis Cortesi, et. al. Case No. 2009 CH 08450 | Commercial foreclosure. | Circuit Court of Cook County, Illinois. | Judgment and sale entered. |
| BMO Harris Bank, NA v. Dennis Cortesi, et. al. Case No. 2012 L 006994 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Dismissed for lack of prosecution. |
| E&M Investments, LLC v. Dennis Cortesi, et. al. Case No. 2012 L 000495 | Debt collection/Breach of contract. | Circuit Court of DuPage County, Illinois. | Judgment entered. |
| Great Lakes Principals v. Dennis Cortesi Case No. 2001 L 014744 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Dismissed by stipulation/agreement. |
| Toll IL II, LP v. Dennis Cortesi | | | |

| | | | |
|---|---|---|---|
| Case No. 2008 L 000485 | Debt collection/breach of contract. | Circuit Court of Cook County, Illinois. | Dismissed for lack of prosecution. |
| Mary Louise Bozich, et. al. v. Dennis Cortesi, et. al.<br><br>Case No. 2005 L 011093 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Dismissed with prejudice. |
| Horseshoe Hammond, LLC v. Dennis Cortesi<br><br>Case No. 45D11-1210-CC-00147 | Debt collection/Breach of contract. | Superior Court 11 Sitting in Crown Point, Indiana | Default judgment entered. Collection attempts made. |
| Capital One Bank v. Dennis Cortesi<br><br>Case No. 2012 M1 167311 | Debt collection/Breach of contract. | Circuit Court of Cook County, Illinois. | Default judgment entered. Collection attempts made. |
| IRMO Rita E. Cortesi v. Dennis A. Cortesi<br><br>Case No. 2011 D 002156 | Dissolution of Marriage. | Circuit Court of DuPage County, Illinois. | Judgment entered. |
| Lexon Insurance Company v. MLC Development Co, Terrestris Development Company, Dennis A. Cortesi & Marsha B. Elliot.<br><br>Case No. 10 L 01059 | Debt collection/Breach of contract. | Circuit Court of DuPage County, Illinois. | Default judgment entered. Collection attempts made. |
| MB Financial Bank, NA v. Dennis A. Cortesi<br><br>Case No. 10 CH 6134 | Foreclosure action. | Circuit Court of DuPage County, Illinois. | Judgment entered. |
| Astoria Place Townhome Owners Assoc. v. Dennis A. Cortesi<br><br>Case No. 2011 LM  003087 | Debt collection/forcible for unpaid association dues. | Circuit Court of DuPage County, Illinois. | Judgment entered. |

**18.    Nature, location and name of business.**

| Business Name | Last Four Digits of FEIN | Address | Nature of Business | Beginning & Ending Dates |
|---|---|---|---|---|
| Shoe Factory Road, LLC | XX-XXX9268 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |
| Lakewood & Barrington Road, LLC | XX-XXX7771 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Dissolved |
| Deco Investments, Ltd. | XX-XXX7928 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |
| Terrestris Development Company | XX-XXX3388 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |
| Forest Brook, Inc. | XX-XXX8967 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |
| Deco II, Inc. | XX-XXX7769 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |

| | | | | |
|---|---|---|---|---|
| Terrestris RLM, Ltd. | XX-XXX5109 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Active Business. |
| Residential Land Fund I, LP | XX-XXX0789 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |
| Residential Land Management, LLC | XX-XXX0785 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2011. |
| Fountain Crossings II, LLC | XX-XXX3509 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Dissolved. |
| Terrestris Development Company II | XX-XXX2273 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2010. Dissolved. |
| TDC III Limited | XX-XXX5344 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2010. Dissolved. |
| Princeton Units I & II, LLC | XX-XXX5927 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2010. |
| Lake Zurich Limited Partnership | XX-XXX2423 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Final tax return in 2010. |
| Palatine Road & Barrington Road, LLC. | XX-XXX8969 | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Involuntary Dissolution. |
| Rytlcna, LLC | XX- | 1550 Spring Rd., Ste 108 Oak Brook, IL  60523 | Real estate holding company. | Involuntary dissolved by IL. Secretary of State. |

**Prepared By:**

Timothy S. Newbold

Attorney at Law

191 Waukegan Road, Suite 104

Northfield, Illinois  60093

Phone:        773-496-4400

Facsimile:    866-702-8151

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re <u>CORTESI, DENNIS, A.</u>
    Debtor

Case No. _____
              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:**<br><br>Met Cafe Bank | **Describe Property Securing Debt:**<br>2003 Lexus SC 430 & 2 unimproved parcels in Elgin, IL |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt           ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:**<br><br>Herget Bank | **Describe Property Securing Debt:**<br>11 St. Regis Court, Elmhurst, Illinois. |
|---|---|

Property will be *(check one)*:
- ☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt           ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                  Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

_____ *0* continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 6/19/13

Signature of Debtor

Signature of Joint Debtor

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re CORTESI, DENNIS, A.
**Debtor**

Case No. _____

Chapter \_\_\_\_\_ 7 \_\_\_\_\_

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____ Timothy S. Newbold _____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

___
X_____ /s/ Timothy S. Newbold _____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____
Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.)  (Required
by 11 U.S.C. § 110.)

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____ Dennis A. Cortesi _____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

Date  06/19/2013

X _____
Signature of Debtor        Date

X _____
Signature of Joint Debtor (if any)

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

| In re: | **CORTESI, DENNIS, A.** | Case No. | |
|--------|-------------------------|----------|---|
| | **Debtor(s)** | Chapter: | 7 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,200.00
   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,200.00
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    0.00

2. The source of the compensation paid to me was:

   | ☒ | Debtor |
   |---|--------|
   | ☐ | Other: (Specify) |

3. The source of compensation to be paid to me is:

   | ☒ | Debtor |
   |---|--------|
   | ☐ | Other: (Specify) |

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings
   d. [Other provisions as needed]: Negotiations with secured creditors to reduce to market value; exemption planning as needed.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, any document retrieval services, credit counseling and financial management course fees, post-discharge credit repair, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions, motions to redeem or any other adversary proceeding, or preparation and filing of reaffirmation agreements and applications.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: ___6/19/13___

_____
Timothy S. Newbold, Attorney at Law
191 Waukegan Road, Suite 104
Northfield, Illinois  60093
Phone: 773-496-4400
ARDC No.  6288454

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:    **CORTESI, DENNIS, A.**    |    **Case No.**

                                   |

                                   |    **Chapter:**    **7**

             **Debtor.**          |

                                   /

## VERIFICATION OF CREDITOR MATRIX

Under penalty of perjury, I (we) do hereby verify that the attached list of names and addresses of creditors is true and correct to the best of my (our) knowledge and belief.

Date: _____ 6-19-13 _____

Signature of Debtor: _____ *Dennis Cortesi* _____

Signature of Co-Debtor: _____

Prepared By:
TIMOTHY S. NEWBOLD
191 Waukegan Road, Suite 104
Northfield, Illinois  60093
Phone:      773-496-4400
Fax:         866-702-8151
ARDC:      6288454

Cortesi - Creditor Matrix - New

Discover Card Financial
P.O. Box 6103
Carol Stream, IL  60197

Citibank, NA
c/o RAB, Inc / CCSI
PO Box 34119
Memphis, TN  38184

Citibank
Processing Center
Des Moines, IA  50363

Citibank Client Services
100 Citibank Drive
San Antonio, TX  78245

Citibank
Attn: Bankruptcy Unit
P.O. Box 769004
San Antonio, TX  78245

Citibank, NA
Attn: Bankruptcy Unit
P.O. Box 688922
Des Moines, IA  50368

Citibank
P.O. Box 688901
Des Moines, IA  50368

Citi
P.O. Box 92350
Albuquerque, NM  87199

CitiBusiness Card
Attn: Bankruptcy Unit
P.O. Box 182564
Columbus, OH  43218

United Collections Bureau
Attn: Bankruptcy Unit
P.O. Box 140310
Toledo, OH  43614

Northland Group
P.O. Box 390905
Minneapolis, MN  55439

United Recovery Systems, LP
P.O. Box 722910
Houston, TX  77272

Capital Management Systems
Attn: Bankruptcy Unit
726 Exchange Street, Suite 700
Buffalo, NY  14210

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY  14206

BMO Harris Bank

Cortesi - Creditor Matrix - New

Attn: Bankruptcy Unit
P.O. Box 2880
Chicago, IL  60690

Capital One Bank (USA) NA
Attn: Bankruptcy Unit
P.O. Box 6492
Carol Stream, IL  60197

NCO Financial Systems, Inc.
Attn: Bankruptcy Unit
P.O. Box 12100
Dept 64
Trenton, NJ  08650

Enhanced Recovery Company, LLC
Attn: Bankruptcy Unit
8014 Bayberry Road
Jacksonville, FL  32256

Blitt & Gaines, P.C.
Attn: Bankruptcy Unit
661 W. Glenn Ave.
Wheeling, IL  60090

Northstar Location Services, LLC
Attn: Financial Services Dept.
4285 Genesee Street
Cheektowaga, NY  14225

Creditors Financial Group, LLC
4230A Ridge Lea Road, Suite 102
Amherst, NY  14228

Mercantile Adjustment Bureau, LLC
P.O. Box 9052
Williamsville, NY  14231

Focus Receivables Management
Attn: Bankruptcy Unit
P.O. Box 725069
Atlanta, GA  31139

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY  11735

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Harvard Collection Services, Inc.
Attn: Bankruptcy Unit
4839 N. Elston Ave.
Chicago, IL  60630

FIA Card Services
PO Box 15710
Wilmington, DE  19886

Chapman & Cutler, LLP
111 W. Monroe Street

Cortesi - Creditor Matrix - New

Chicago, IL  60603

Clark Hill PLC
Attn: Bankruptcy Unit
150 N. Michigan Ave., Suite 2700
Chicago, IL  60601

Paul F. Conarty
1400 Fechner Circle
North Aurora, IL  60542

Duane Morris, LLP
190 S. LaSalle, Suite 3700
Chicago, IL  60603

Dykema Gossett, PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606

Goldberg Kohn, Ltd.
55 E. Monroe, Suite 3300
Chicago, IL  60603

LaBarge, Campbell & Lyons, LLC
200 W. Jackson Blvd., Suite 2050
Chicago, IL  60606

Matteo Rago, Esq.
Attorney at Law
731 Devon
Park Ridge, IL  60068

Quarles & Brady, LLC
300 N. LaSalle Street, Suite 400
Chicago, IL  60654

Stahl Cowen Crowley, LLC
Attn: Eric Malnar
55 W. Monroe, Suite 1200
Chicago, IL  60603

Tabet Divito & Rothstein
Attorneys at Law
209 S. LaSalle Street, 7th Floor
Chicago, IL  60604

Truemper & Titiner, Ltd.
1700 N. Farnsworth Ave.
Aurora, IL  60505

Radiological Consultants of Woodstock
9410 Compubill Drive
Orland Park, IL  60462

Radiological Consultants of Woodstock
1555 Barrington Rd, Suite 1400
Hoffman Estates, IL 60169

State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI  53716

Alexian Brothers / St. Alexius

Cortesi - Creditor Matrix - New

3040 Salt Creek Lane
Arlington Heights, IL   60005

St. Alexius Medical Center
22589 Network Place
Chicago, IL  60673

Computer Credit, Inc.
Claim Dept. 003305
640 W. Fourth Street
Winston Salem, NC  27113

Revenue Cycle Solutions / RCS
PO Box 361230
Birmingham, AL  35236

Malcolm S. Gerald & Assoc.
332 S Michigan Ave., Suite 600
Chicago, IL  60604

Inpatient Consultants of IL
P.O. Box 92934
Los Angeles, CA  90009

Financial Corporation of America
12515 Research Blvd., Bldg. 2, Suite 100
Austin, TX  78759

Midwest Emergency Assoc.
P.O. Box 740023
Cincinnati, OH  45274

Alcoa Billing Center
3429 Regal Drive
Alcoa, TN  37701

Provena Saint Joseph Hospital
Patient Financial Services
1643 Lewis Ave., Suite 203
Billing, MT  59102

Alcoa Billing Center
3429 Regal Drive
Alcoa, TN  37701

RM Anesthesia, LLC
P.O. Box 631
Lake Forest, IL  60045

Alexian Brothers Behavioral Health Hospital
Attn: Bankruptcy Unit
21272 Network Place
Chicago, IL  60673

Northwest Neurology, Ltd.
22285 Pepper Road, Suite 401
Lake Barrington, IL  60010

Merchants Credit Guide, Co.
223 W. Jackson Blvd., Suite 700
Chicago, IL  60606

Harcharan S. Kalsi, MD

Cortesi - Creditor Matrix - New
1200 S. York Road, Suite 4250
Elmhurst, IL  60126

Associates in Urology, Ltd.
7447 W. Talcott, Sutie 522
Chicago, IL  60631

IC Systems, Inc.
444 Highway 96 East
P.O. Box 64437
St. Paul, MN  55164

City of Elgin
Att: Bankruptcy Unit
P.O. Box 457
Wheeling, IL  60090

Superior Air Ground Ambulance Service
P.O. Box 1407
Elmurst, IL  60126

RMC Cadiology
520 E. 22nd Street
Lombard, IL  60148

I.C.S. / Resurrection Health Care
P.O. Box 1010
Tinley Park, IL  60477

Resurrection Health Care
Attn: Bankruptcy Unit
7435 W. Talcott Ave.
Chicago, IL  60631

Grant & Weber, Inc.
861 Coronado Center Drive, Suite 211
Henderson, NV  89502

Grant & Weber
2893 Sunrise Blvd., Ste. 210
Rancho Cordova, CA  95742

Neopath, S.C.
520 W. 22nd Street
Lombard, IL  60148

Bartlett Fire Protection
P.O. Box 88850
Carol Stream, IL  60188

MEA-AEA, LLC
P.O. Box 366
Hinsdale, IL  60522

Alliance Laboratory Physicians
Attn: Bankruptcy Unit
P.O. Box 5968
Carol Stream, IL  60197

Metropolitan Capital Bank
Attn: Bankruptcy Unit
9 E. Ontario Street
Chicago, IL  60611

Cortesi - Creditor Matrix - New

Jenner & Block, Attorneys at Law
Attn: Bankruptcy Unit
353 N. Clark Street
Chicago, IL 60654

PPI Professional Plumbing, Inc.
Attn: Bankruptcy Unit
1435 S. Barrington Road
Barrington, IL  60010

Herget Bank
Attn: Bankruptcy Unit
33 South 4th Street
Pekin, IL 61554

FMA Alliance, Ltd.
Attn: Bankruptcy Unit
P.O. Box 2409
Houston, TX  77252

CT Corporation
Attn: Bankrutpcy Unit
208 S. LaSalle Street
Chicago, IL  60604

Alex Budman
P.O. Box 654
Abington, PA  19001

Dressler Peters, LLC
Attn: Bankruptcy Unit
111 W. Washington St.
Chicago, IL  60602

Schreiber Law Firm
53 Stiles Road, Suite A102
Salem, NH  03079

NCI
3601 Algonquin Road, Suite 232
Rolling Meadows, IL  60008

Northwest Collectors, Inc.
3601 Algonquin Road, Suite 232
Rolling Meadows, IL  60008

Hollywood Casino
Attn: Bankruptcy Unit
49 West Galena Blvd.
Aurora, IL  60506

Village of Bartlett
Police Department
228 S. Main Street
Bartlett, IL  60103

HRRG
Attn: Bankrutpcy Unit
P.O. Box 189053
Plantation, FL  33318

PCS - Professional Credit Service

Cortesi - Creditor Matrix - New

P.O. Box 7548
Eugene, OR  97401

EOS CCA
P.O. Box 806
Norwell, MA  02061

Professional Account Management
Attn: Bankruptcy Unit
P.O. Box 391
Milwaukee, WI  53201

Creditors Discount & Audit Co.
Attn: Bankruptcy Unit
415 E. Main Street / P.O. Box 2132
Streator, IL  61364

Alliance One
4850 Street Road, Suite 300
Trevose, PA  19053

OAC
Attn: Bankruptcy Unit
P.O. Box 371100
Milwaukee, WI  53237

Village of Hanover Park
Attn: Bankruptcy Unit
P.O. Box 457
Wheeling, IL  60090

Shepard Schwartz & Harris LLP
123 N. Wacker Drive
Chicago, IL  60606

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA  19154

Plaza Recovery, Inc.
Attn: Bankruptcy Unit
P.O. Box 722218
Houston, TX  77272

Leo & Weber, P.C.
Attorneys at Law
One N. LaSalle Street, Suite 3600
Chicago, IL  60602

Imperial PFS
101 Hudson Street
33rd Floor
New Jersey, NJ  07302

Mail Finance
478 Wheelers Farms Road
Milford, CT  06461

CBCS
P.O. Box 163250
Columbus, OH  43216

Phil Stefani Signature Restaurants

Cortesi - Creditor Matrix - New

1033 W. Van Buren Street, 5th Floor
Chicago, IL  60607

RMS
77 Hartland Street, Suite 401
East Hartford, CT  06128

Indiana Insurance Liberty
3 Golf Center, Suite 352
Hoffman Estates, IL  60169

4413 Roosevelt Road, LLC
321 Center Street
Hillside, IL  60162

Converged Wire Solutions
3 Golf Center
Hoffman Estates, IL  60195

McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH  44146

Accord Creditor Services, LLC
PO Box 10002
Newman, GA  30271

ARSI - American Recovery Services, Inc.
555 St. Charles Drive, Suite 100
Thousand Oaks, CA  91360

Synergetic Communication, Inc.
1301 E. 3rd Ave., Suite 200
Post Falls, ID  83854

Rita E. Cortesi
819 County Drive
Bartlett, Illinois  60103