# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Bankruptcy No. 13 B 25353 |
| DENNIS A. CORTESI ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | Honorable Donald R. Cassling |
| ) | |
| ) | |

## FINAL PRETRIAL ORDER
## (RE: Debtor's Motion for Sanctions for Violations of the Automatic Stay Under 11 U.S.C. Section 362)

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before June 20, 2014, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before June 20, 2014, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Debtor's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

All dispositive motions, including summary judgment motions, must be fully briefed and be set for hearing not less than sixty (60) days before trial date.

Trial/Evidentiary hearing is set for June 27, 2014 at 11:00 a.m. in Courtroom 240, Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois 60134

**ENTERED:**

DATE: ___April 29, 2014___

Donald R. Cassling
**United States Bankruptcy Judge**